BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO.  2:12-MJ-094 DAD |
| ) | |
| Plaintiff, ) | ORDER |
| v. ) | |
| DENNIS CHARLES SILVA, ) | |
| Defendant. ) | |

**ORDER**

The United States' motion to dismiss without prejudice the underlying Unlawful Flight to Avoid Prosecution (UFAP) complaint in the above referenced case, MAG No 2:12-MJ-094 DAD against defendant DENNIS CHARLES SILVA is GRANTED.

DATED: June 28, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1